## INDEX OF EXHIBIT

EXHIBIT A	International Multiple Unit Franchise Agreement
Attachment D – Deed of Guarantee, Indemnification, And Acknowledgment