# EXHIBIT A

# INTERNATIONAL MULTIPLE UNIT FRANCHISE AGREEMENT ATTACHMENT D

# DEED OF GUARANTEE, INDEMNIFICATION, AND ACKNOWLEDGMENT

## ATTACHMENT D

### Deed of Guarantee, Indemnification, and Acknowledgment ("Guarantee")

As an inducement to LC Trademarks, Inc. ("**LCT**"), to execute the International Multiple Unit Franchise Agreement between LCT and Evo Pizza Pty Limited ("**Franchisee**"), dated August 13, 2018 (the "**Agreement**"), the undersigned, jointly and severally, hereby unconditionally guarantee that all of Franchisee's obligations to LCT and its affiliates, including under the Agreement and obligations to LCT's affiliate Blue Line Foodservice Distribution Inc., will be punctually paid and performed (the "**Obligations**").

Upon demand by LCT, the undersigned will immediately make each payment required of Franchisee under the Obligations. The undersigned hereby waive any right to require LCT to: (a) proceed against Franchisee for any payment required under the Agreement; (b) proceed against or exhaust any security from Franchisee; or (c) pursue or exhaust any remedy, including any legal or equitable relief, against Franchisee. Without affecting the obligations of the undersigned under this Guarantee, LCT may, without notice to the undersigned, extend, modify, or release any indebtedness or obligation of Franchisee, or settle, adjust, or compromise any claims against Franchisee. The undersigned waive notice of amendment of the Agreement and notice of demand for payment by Franchisee, and agree to be bound by any and all such amendments and changes to the Agreement.

The undersigned hereby agree to defend, indemnify and hold LCT harmless against any and all losses, damages, liabilities, costs, and expenses (including, but not limited to, reasonable attorneys' fees, reasonable costs of investigation, court costs, and arbitration fees and expenses) resulting from, consisting of, or arising out of or in connection with any failure by Franchisee to perform any obligation of Franchisee under the Agreement, any amendment thereto, any other agreement executed by Franchisee referred to therein, or any other Obligations.

The undersigned hereby acknowledge and agree to be individually bound by all of the covenants and terms contained in the Agreement, including, without limitation, those contained in Sections 6, 9, 13, 14, 16, and 23 of the Agreement; however, nothing in this Guarantee shall afford the undersigned the right to exercise any of Franchisee's rights under the Agreement. The undersigned specifically acknowledge and agree that they shall be individually bound by such covenants and terms that apply to "Franchisee" in such sections of the Agreement as if the undersigned were named personally in such provisions. In addition to the foregoing, with regard to the Confidential Information defined in Section 9.1, if any of the undersigned is a corporate entity, such entity specifically acknowledges and agrees that it shall not disclose any Confidential Information to its shareholders, either individually or collectively, and either directly or indirectly, including, but not limited to, by disclosing such Confidential Information in its annual report to shareholders.

This Guarantee shall terminate upon the termination or expiration of the Agreement, except that all obligations and liabilities of the undersigned which arose from events which occurred on or before the effective date of such termination shall remain in full force and effect until satisfied or discharged by the undersigned, and all covenants which by their terms continue in force after the expiration or termination of the Agreement shall remain in force according to their terms. Upon the death of an individual guarantor, the estate of such guarantor shall be bound by this Guarantee, but only for defaults and obligations hereunder existing at the time of death; and the obligations of the other guarantors will continue in full force and effect.

Unless specifically stated otherwise, the terms used in this Guarantee shall have the same meaning as in the Agreement, and shall be interpreted and construed in accordance with Section 23 of the Agreement. However, in recognition that most of the undersigned are domiciled in and executing this Guarantee in the United States of America, if LCT elects to commence any action, litigation or proceeding of any kind whatsoever against the undersigned in any way arising from or relating to this Guarantee and

all contemplated transactions, the undersigned agrees to submit to the federal courts sitting in Detroit, Michigan or, if such court does not have subject matter jurisdiction, the courts of the State of Michigan sitting in Wayne County, and the courts competent to determine appeals from those courts, and in such instances, this Guarantee shall be interpreted and construed under the laws of the State of Michigan, U.S.A. (excluding any applicable choice of law rules, which shall not be applied).

**The undersigned represent and warrant that they have full power and** authority to execute, deliver and perform this Guarantee, and that neither the execution, delivery nor performance of this Guarantee will violate any law or regulation, or any order or decree of any court or governmental authority, or will conflict with, or result in the breach of, or constitute a default under, any agreement or other instrument to which they are a party or by which the undersigned may be bound, or will result in the creation or imposition of any lien, claim or encumbrance upon any property of the undersigned.

IN WITNESS WHEREOF, the undersigned have signed this Guarantee as a deed as of the date of the Agreement.

**GUARANTORS:**

| | |
|---|---|
| Signed, sealed and delivered by **Ernest Koury**, Individually | Signed, sealed and delivered by **Sandra Koury**, Individually |
| Signed: _[signature]_ | Signed: _[signature]_ |
| Printed Name: ERNEST KOURY | Printed Name: Sandra Koury |
| Address: 4C Wolseley Grove, Zetland, NSW 2017 | Address: 4C Wolseley Grove, Zetland, NSW 2017 |
| Witness: _[signature]_ | Witness: _[signature]_ |
| Witness Address: 4D WOLSELEY GROVE ZETLAND 2017 | Witness Address: 4A WOLSEBEY GROVE ZETLAND 2017 |
| Signed, sealed and delivered by **G. Omar Koury**, Individually | Signed, sealed and delivered by **Gina Koury**, Individually |
| Signed: _____ | Signed: _____ |
| Printed Name: _____ | Printed Name: _____ |
| Address: 11 Paradise Valley Ct., Henderson, NV 89052 | : 11 Paradise Valley Ct., Henderson, NV 89052 |
| Witness: _____ | Witness: _____ |
| Witness Address: _____ | Witness Address: _____ |

*[Additional Signature Pages Follow]*

all contemplated transactions, the undersigned agrees to submit to the federal courts sitting in Detroit, Michigan or, if such court does not have subject matter jurisdiction, the courts of the State of Michigan sitting in Wayne County, and the courts competent to determine appeals from those courts, and in such instances, this Guarantee shall be interpreted and construed under the laws of the State of Michigan, U.S.A. (excluding any applicable choice of law rules, which shall not be applied).

**The undersigned represent and warrant that they have full power and** authority to execute, deliver and perform this Guarantee, and that neither the execution, delivery nor performance of this Guarantee will violate any law or regulation, or any order or decree of any court or governmental authority, or will conflict with, or result in the breach of, or constitute a default under, any agreement or other instrument to which they are a party or by which the undersigned may be bound, or will result in the creation or imposition of any lien, claim or encumbrance upon any property of the undersigned.

IN WITNESS WHEREOF, the undersigned have signed this Guarantee as a deed as of the date of the Agreement.

**GUARANTORS:**

Signed, sealed and delivered by **Ernest Koury**, Individually

Signed: _____

Printed Name: _____

Address: 4C Wolseley Grove, Zetland, NSW 2017

Witness: _____

Witness Address: _____


Signed, sealed and delivered by **Sandra Koury**, Individually

Signed: _____

Printed Name: _____

Address: 4C Wolseley Grove, Zetland, NSW 2017

Witness: _____

Witness Address: _____


Signed, sealed and delivered by **G. Omar Koury**, Individually

Signed: [signature]

Printed Name: GEORGE OMAR KOURY

Address: 11 Paradise Valley Ct., Henderson, NV 89052

Witness: Jessica Stony

Witness Address: 9691 Pictou Ct. Las Vegas NV 89148


Signed, sealed and delivered by **Gina Koury**, Individually

Signed: Gina Renee Koury

Printed Name: GINA RENEE KOURY

: 11 Paradise Valley Ct., Henderson, NV 89052

Witness: Katty J.S.

Witness Address: 2144 Fort Houcak St Henderson NV 89052

*[Additional Signature Pages Follow]*

Signed, sealed and delivered by **Afifi Koury**, Individually

Signed: *Afifi Koury*

Printed Name: AFIFI KOURY

Address: 348 Roland Falls Ln., Las Vegas, NV 89183

Witness: *[signature]*

Witness Address: 937 EVEREST PEAK AVE, HENDERSON NV 89012

---

Signed, sealed and delivered by **Dr. Thomas B. Roshek III**, Individually

Signed: _____

Printed Name: _____

Address: 7011 Spanky Branch Ct., Dallas, TX 75248

Witness: _____

Witness Address: _____

Signed, sealed and delivered by **Dr. Tara Michelle Du Val**, Individually

Signed: _____

Printed Name: _____

Address: 7011 Spanky Branch Ct., Dallas, TX 75248

Witness: _____

Witness Address: _____

Signed, sealed and delivered by **Matthew Goettsche**, Individually

Signed: _____

Printed Name: _____

Address: 80 Rivera Court, Erie, Colorado 80516

Witness: _____

Witness Address: _____

Signed, sealed and delivered by **Danielle Goettsche**, Individually

Signed: _____

Printed Name: _____

Address: 80 Rivera Court, Erie, Colorado 80516

Witness: _____

Witness Address: _____

*[Additional Signature Pages Follow]*

Signed, sealed and delivered by **Afifi Koury**, Individually

Signed: _____

Printed Name: _____

Address: 348 Roland Falls Ln., Las Vegas, NV 89183

Witness: _____

Witness Address: _____

Signed, sealed and delivered by **Dr. Thomas B. Roshek III**, Individually

Signed: _____T. Roshek_____

Printed Name: _____T. ROSHEK_____

Address: 7011 Spanky Branch Ct., Dallas, TX 75248

Witness: _____Jana Haby_____

Witness Address: _____589 Southfork blvd_____
_____Wylie TX 75098_____

Signed, sealed and delivered by **Dr. Tara Michelle Du Val**, Individually

Signed: _____[signature]_____

Printed Name: _____Tara Duval_____

Address: 7011 Spanky Branch Ct., Dallas, TX 75248

Witness: _____Jana Haby_____

Witness Address: _____589 Southfork blvd_____
_____Wylie TX 75098_____

Signed, sealed and delivered by **Matthew Goettsche**, Individually

Signed: _____

Printed Name: _____

Address: 80 Rivera Court, Erie, Colorado 80516

Witness: _____

Witness Address: _____

Signed, sealed and delivered by **Danielle Goettsche**, Individually

Signed: _____

Printed Name: _____

Address: 80 Rivera Court, Erie, Colorado 80516

Witness: _____

Witness Address: _____

*[Additional Signature Pages Follow]*

Signed, sealed and delivered by **Afifi Koury**, Individually

Signed: _____

Printed Name: _____

Address: 348 Roland Falls Ln., Las Vegas, NV 89183

Witness: _____

Witness Address: _____

Signed, sealed and delivered by **Dr. Thomas B. Roshek III**, Individually

Signed: _____

Printed Name: _____

Address: 7011 Spanky Branch Ct., Dallas, TX 75248

Witness: _____

Witness Address: _____

Signed, sealed and delivered by **Dr. Tara Michelle Du Val**, Individually

Signed: _____

Printed Name: _____

Address: 7011 Spanky Branch Ct., Dallas, TX 75248

Witness: _____

Witness Address: _____

Signed, sealed and delivered by **Matthew Goettsche**, Individually

Signed: */s/ Matthew Goettsche*

Printed Name: Matthew Goettsche

Address: 80 Rivera Court, Erie, Colorado 80516

Witness: Allison Kloek

Witness Address: */s/ AK*
2735 W 27th Ave
Denver, CO 80211

Signed, sealed and delivered by **Danielle Goettsche**, Individually

Signed: */s/ Danielle Goettsche*

Printed Name: Danielle Goettsche

Address: 80 Rivera Court, Erie, Colorado 80516

Witness: Allison Kloek */s/ AK*

Witness Address: 2735 W 27th Ave, Denver, CO 80211

*[Additional Signature Pages Follow]*

Signed, sealed and delivered by **Gavin Dickson**, Individually

Signed: _____

Printed Name: Gavin Dickson

Address: 4604 Summerview Road, Bountiful, UT 84010

Witness: _____

Witness Address: 8483 Robidoux Road
Sandy, UT 84093

| Signed, sealed and delivered by **VM3G Family Trust** | Signed, sealed and delivered by **VM3G Family Trust** |
|---|---|
| _____ | _____ |
| By: Omar Koury | By: Gina Koury |
| Its: Trustee | Its: Trustee |
| Address: 11 Paradise Valley Ct., Henderson, NV 89052 | 11 Paradise Valley Ct., Henderson, NV 89052 |
| Witness:_____ | Witness:_____ |
| Witness Address:_____ | Witness Address:_____ |

| Signed, sealed and delivered by **Victorious Foods, LLC** | Signed, sealed and delivered by **Victorious Foods, LLC** |
|---|---|
| _____ | _____ |
| By: Omar Koury | By: Ernest Koury |
| Its: Manager | Its: Manager |
| Address: 11 Paradise Valley Ct., Henderson, NV 89052 | 11 Paradise Valley Ct., Henderson, NV 89052 |
| Witness:_____ | Witness:_____ |
| Witness Address:_____ | Witness Address:_____ |

*[Additional Signature Pages Follow]*

Signed, sealed and delivered by **Gavin Dickson**, Individually

Signed: _____

Printed Name: _____

Address: 4604 Summerview Road, Bountiful, UT 84010

Witness: _____

Witness Address: _____

| | |
|---|---|
| Signed, sealed and delivered by **VM3G Family Trust** *[signature]* <br> By: Omar Koury <br> Its: Trustee <br> Address: 11 Paradise Valley Ct., Henderson, NV 89052 <br> Witness: *[signature]* <br> Witness Address: 9691 Pictou Ct, Las Vegas, NV 89148 | Signed, sealed and delivered by **VM3G Family Trust** *[signature: Gina Renee Koury]* <br> By: Gina Koury <br> Its: Trustee <br> 11 Paradise Valley Ct., Henderson, NV 89052 <br> Witness: *[signature]* <br> Witness Address: 2144 Fort Halifax St, Henderson, NV 89052 |
| Signed, sealed and delivered by **Victorious Foods, LLC** *[signature]* <br> By: Omar Koury <br> Its: Manager <br> Address: 11 Paradise Valley Ct., Henderson, NV 89052 <br> Witness: *[signature]* <br> Witness Address: 9691 Pictou Ct, Las Vegas, NV 89148 | Signed, sealed and delivered by **Victorious Foods, LLC** <br> _____ <br> By: Ernest Koury <br> Its: Manager <br> 11 Paradise Valley Ct., Henderson, NV 89052 <br> Witness: _____ <br> Witness Address: _____ |

*[Additional Signature Pages Follow]*

Signed, sealed and delivered by **Gavin Dickson**, Individually

Signed: _____

Printed Name: _____

Address:  4604 Summerview Road, Bountiful, UT 84010

Witness: _____

Witness Address: _____

| Signed, sealed and delivered by **VM3G Family Trust** | Signed, sealed and delivered by **VM3G Family Trust** |
|---|---|
| _____ | _____ |
| By: Omar Koury | By: Gina Koury |
| Its: Trustee | Its: Trustee |
| Address: 11 Paradise Valley Ct., Henderson, NV 89052 | 11 Paradise Valley Ct., Henderson, NV 89052 |
| Witness: _____ | Witness: _____ |
| Witness Address: _____ | Witness Address: _____ |

| Signed, sealed and delivered by **Victorious Foods, LLC** | Signed, sealed and delivered by **Victorious Foods, LLC** |
|---|---|
| _____ | _____/s/_____ |
| By: Omar Koury | By: Ernest Koury |
| Its: Manager | Its: Manager |
| Address: 11 Paradise Valley Ct., Henderson, NV 89052 | 11 Paradise Valley Ct., Henderson, NV 89052 |
| Witness: _____ | Witness: _____/s/_____ |
| Witness Address: _____ | Witness Address: 41 HOLSELEY GROVE ZETLAND 2017 |

*[Additional Signature Pages Follow]*

Signed, sealed and delivered by **BitWealth Holdings LLC**

By: Matt Goettsche

Its: Managing Member

Address: 321 Greenleaf Glen St., Henderson, NV 89014; 360 W. Broadway, Ste. 100, Salt Lake City, UT 84101

Witness: Allison Kloek

Witness Address: 2735 W 27th Ave, Denver, CO 80211

Signed, sealed and delivered by **BitWealth Holdings LLC**

By: ~~Matt Goettsche~~ GAVIN DICKSON

Its: ~~Managing Member~~ CO- PRESIDENT

Address: 321 Greenleaf Glen St., Henderson, NV 89014; 360 W. Broadway, Ste. 100, Salt Lake City, UT 84101

Witness: _____

Witness Address: 8483 ROBIDOUX ROAD
SANDY, UT 84093