UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LC TRADEMARKS, INC. and
BLUE LINE FOODSERVICE DISTRIBUTION, INC.

    Plaintiff(s),

v.

BITWEALTH HOLDINGS, LLC, et al.,

    Defendant(s).
_____/

Case No. 19-cv-13782

Judge Paul D. Borman

Magistrate Judge Anthony P. Patti

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, <u>Blue Line Foodservice Distribution, Inc.</u>

makes the following disclosure:  *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐  No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐  No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date:

/s/ Larry J. Saylor

P28165
MILLER, CANFIELD, PADDOCK, & STONE P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, MI 48226
(313) 496-7986
saylor@Millercanfield.com