# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| LC Trademarks, Inc., et al. | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 19-13782 |
| v. | ) | |
| Bitwealth Holdings, LLC, et al. | ) | Hon. Paul D. Borman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Bitwealth Holdings, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Larry J. Saylor
Miller, Canfield,
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226-4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 26, 2019



# Summons and Complaint Return of Service

Case No. 19-13782
Hon. Paul D. Borman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Bitwealth Holdings, LLC</u>
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| LC Trademarks, Inc., et al. | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 19-13782 |
| v. | ) | |
| Bitwealth Holdings, LLC, et al. | ) | Hon. Paul D. Borman |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To: Matthew Goettsche

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Larry J. Saylor
> Miller, Canfield,
> 150 W. Jefferson Avenue
> Suite 2500
> Detroit, MI 48226-4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 26, 2019



# Summons and Complaint Return of Service

Case No. 19-13782
Hon. Paul D. Borman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Matthew Goettsche
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| LC Trademarks, Inc., et al. | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 19-13782 |
| v. | ) | |
| Bitwealth Holdings, LLC, et al. | ) | Hon. Paul D. Borman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Gavin Dickson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Larry J. Saylor
       Miller, Canfield,
       150 W. Jefferson Avenue
       Suite 2500
       Detroit, MI 48226-4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 26, 2019



# Summons and Complaint Return of Service

Case No. 19-13782
Hon. Paul D. Borman

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Gavin Dickson
was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| LC Trademarks, Inc., et al. | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  19-13782 |
| | ) | |
| v. | ) | |
| | ) | |
| Bitwealth Holdings, LLC, et al. | ) | Hon.  Paul D. Borman |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:    George Omar Koury

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Larry J. Saylor
> Miller, Canfield,
> 150 W. Jefferson Avenue
> Suite 2500
> Detroit, MI 48226-4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  December 26, 2019



# Summons and Complaint Return of Service

Case No. 19-13782
Hon. Paul D. Borman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* George Omar Koury
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| LC Trademarks, Inc., et al. | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 19-13782 |
| v. | ) | |
| Bitwealth Holdings, LLC, et al. | ) | Hon. Paul D. Borman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: George Omar Koury, Trustee of the VM3G Family Trust

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Larry J. Saylor
> Miller, Canfield,
> 150 W. Jefferson Avenue
> Suite 2500
> Detroit, MI 48226-4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 26, 2019



# Summons and Complaint Return of Service

Case No. 19-13782
Hon. Paul D. Borman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* George Omar Koury, Trustee of the VM3G Family Trust was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| LC Trademarks, Inc., et al. | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 19-13782 |
| v. | ) | |
| Bitwealth Holdings, LLC, et al. | ) | Hon. Paul D. Borman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:   Gina Renee Koury

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Larry J. Saylor
> Miller, Canfield,
> 150 W. Jefferson Avenue
> Suite 2500
> Detroit, MI 48226-4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 26, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 19-13782
Hon. Paul D. Borman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gina Renee Koury
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| LC Trademarks, Inc., et al. | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 19-13782 |
| v. | ) ) | |
| Bitwealth Holdings, LLC, et al. | ) ) ) | Hon. Paul D. Borman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Gina Renee Koury, Trustee of the VM3G Family Trust

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Larry J. Saylor
> Miller, Canfield,
> 150 W. Jefferson Avenue
> Suite 2500
> Detroit, MI 48226-4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 26, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  19-13782
Hon. Paul D. Borman

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* <u>Gina Renee Koury, Trustee of the VM3G Family Trust</u>
was received by me on *(date)* _____ .

❏  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏  I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏  I returned the summons unexecuted because _____ ; or

❏  Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| LC Trademarks, Inc., et al. | ) | |
| *Plaintiff,* | ) ) ) ) | Civil Action No. 19-13782 |
| v. | ) ) | |
| Bitwealth Holdings, LLC, et al. | ) ) ) ) | Hon. Paul D. Borman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Afifi Koury

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Larry J. Saylor
> Miller, Canfield,
> 150 W. Jefferson Avenue
> Suite 2500
> Detroit, MI 48226-4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 26, 2019



Case 2:19-cv-13782-PDB-APP ECF No. 4, PageID.50 Filed 12/26/19 Page 16 of 20
AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 19-13782
Hon. Paul D. Borman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Afifi Koury
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| LC Trademarks, Inc., et al. | ) | |
| *Plaintiff,* | ) | Civil Action No. 19-13782 |
| v. | ) | |
| Bitwealth Holdings, LLC, et al. | ) | Hon. Paul D. Borman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Thomas B. Roshek, III

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Larry J. Saylor
> Miller, Canfield,
> 150 W. Jefferson Avenue
> Suite 2500
> Detroit, MI 48226-4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 26, 2019



AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 19-13782
Hon. Paul D. Borman

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Thomas B. Roshek, III
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| LC Trademarks, Inc., et al. | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 19-13782 |
| v. | ) | |
| Bitwealth Holdings, LLC, et al. | ) | Hon. Paul D. Borman |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: Danielle Goettsche

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Larry J. Saylor
> Miller, Canfield,
> 150 W. Jefferson Avenue
> Suite 2500
> Detroit, MI 48226-4415

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: s/D.Peruski
*Signature of Clerk or Deputy Clerk*

Date of Issuance: December 26, 2019



# Summons and Complaint Return of Service

Case No. 19-13782
Hon. Paul D. Borman

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Danielle Goettsche
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*: _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: