| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF MICHIGAN |
|---|---|

LC Trademarks, Inc., et al.
        Plaintiff,

Court File Number
19-13782

v.

AFFIDAVIT OF SERVICE

Bitwealth Holdings, LLC, et al.
        Defendant,

---

State of Nevada } SS
County of Clark }

I, __Cathy V. Holmes__, state that on
   (Name of Server)

__12__ / __27__ /20__19__ at __7__ : __16__ __p__ M, I served the:
(Date of Service)    (Time of Service)

   Summons; Complaint; Statement of Disclosure of Corporate Affiliations and Financial
   Interest (Blue Line Foodservice Distribution, Inc.); Statement of Disclosure of
   Corporate Affiliations and Financial Interest (LC Trademarks, Inc.)

upon: Afifi Koury

therein named, personally at:   348 Roland Falls Lane
                                 Las Vegas, NV 89183

by handing to and leaving with:

[XX]  Afifi Koury
[  ]  a person of suitable age and discretion then and there residing at the usual abode
     of said, Afifi Koury

_____    _____
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                           Dated: __12__ / __30__ /20__19__    _Cathy V Holmes_
                                                           (Signature of Server)

                                                                 Cathy V. Holmes, R-012488
                                                                   (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GRAPL3 233419 3361

Re: 431257 - New Castle



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com