| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF MICHIGAN |
|---|---|
| LC Trademarks, Inc., et al.<br>　　　　　　　Plaintiff,<br><br>v.<br><br>Bitwealth Holdings, LLC, et al.<br>　　　　　　　Defendant, | Court File Number<br>19-13782<br><br>AFFIDAVIT OF SERVICE |

State of Nevada } SS
County of Clark }

I, __Cathy V. Holmes__, state that on
　　(Name of Server)

__01__ / __06__ / 20__20__ at __6__ : __52__ __p__ M, I served the:
(Date of Service)　　　　(Time of Service)

　　Summons; Complaint; Statement of Disclosure of Corporate Affiliations and Financial
　　Interest (Blue Line Foodservice Distribution, Inc.); Statement of Disclosure of
　　Corporate Affiliations and Financial Interest (LC Trademarks, Inc.)

upon: Bitwealth Holdings, LLC

therein named, personally at:　　10380 Gilespie St
　　　　　　　　　　　　　　　　Las Vegas, NV 89183

by handing to and leaving with:

[XX]　the Registered Agent of Bitwealth Holdings, LLC
[ ]　an Officer of Bitwealth Holdings, LLC
[ ]　a Managing Agent, someone within Bitwealth Holdings, LLC whose management capacity
　　　is such that (s)he exercises independent judgment and discretion

　　__GB Beckstead__　　　　　　　　　　　　　　　　__Registered Agent__
　　(Name of the Person with whom the documents were left)　　(Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

　　　　　　　　　　　　　　Dated: __01__ / __07__ / 20__20__　　　_Cathy V Holmes_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Server)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cathy V. Holmes, R-012488
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GRAPL3 233413 3355

Re: 431257 - New Castle



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-