| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF MICHIGAN |
|---|---|

LC Trademarks, Inc., et al.
          Plaintiff,

v.

Bitwealth Holdings, LLC, et al.
          Defendant,

Court File Number
19-13782

**AFFIDAVIT OF SERVICE**

---

State of Colorado } SS
County of Denver }

I, __Layla Aspinall__ (Name of Server), state that on __Dec/28__/20__19__ at __4:15 P__M, I served the:

Summons; Complaint; Statement of Disclosure of Corporate Affiliations and Financial Interest (Blue Line Foodservice Distribution, Inc.); Statement of Disclosure of Corporate Affiliations and Financial Interest (LC Trademarks, Inc.)

upon: Danielle Goettsche

therein named, personally at:    80 Rivera Court
                                      Erie, CO 80516

by handing to and leaving with:

[ ] Danielle Goettsche
[X] a person of suitable age and discretion then and there residing at the usual abode of said, Danielle Goettsche

__Victoria Landerman__ (Name of the Person with whom the documents were left)   __Mother-in-Law__ (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: __12/28__/20__   __(Signature of Server)__

__Layla Aspinall__ (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # GRAPL3 233422 3364

Re: 431257 - New Castle



Metro Legal
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-