| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF MICHIGAN |
|---|---|
| LC Trademarks, Inc., et al.<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Bitwealth Holdings, LLC, et al.<br>　　　　　　　　Defendant, | Court File Number<br>19-13782<br><br>AFFIDAVIT OF SERVICE |

State of Nevada　} ss
County of Clark　}

I, __Cathy V. Holmes__, state that on
　　(Name of Server)

__12__ / __28__ /20__19__ at __9__ : __21__ __a__ M, I served the:
(Date of Service)　　　　(Time of Service)

　Summons; Complaint; Statement of Disclosure of Corporate Affiliations and Financial
　Interest (Blue Line Foodservice Distribution, Inc.); Statement of Disclosure of
　Corporate Affiliations and Financial Interest (LC Trademarks, Inc.)

upon: Gina Renee Koury

therein named, personally at:　11 Paradise Valley Court
　　　　　　　　　　　　　　　　Henderson, NV 89052

by handing to and leaving with:

[XX]　Gina Renee Koury
[ ]　a person of suitable age and discretion then and there residing at the usual abode
　　　of said, Gina Renee Koury

_____　　_____
(Name of the Person with whom the documents were left)　　(Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

　　　　　　　　　　　　　　　Dated: __12__ / __30__ /20__19__　　_Cathy V. Holmes_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Server)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Cathy V. Holmes, R-012488
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GRAPL3 233416 3358

Re: 431257 - New Castle



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-