| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF MICHIGAN |
|---|---|
| LC Trademarks, Inc., et al.<br>                    Plaintiff,<br>v.<br>Bitwealth Holdings, LLC, et al.<br>                    Defendant, | Court File Number<br>19-13782<br><br>AFFIDAVIT OF SERVICE |

State of Nevada } ss
County of Clark  }

I, __Cathy V. Holmes__, state that on
   (Name of Server)

__12__ / __28__ /20__19__ at __9__ : __21__ __a__ M, I served the:
(Date of Service)      (Time of Service)

   Summons; Complaint; Statement of Disclosure of Corporate Affiliations and Financial
   Interest (Blue Line Foodservice Distribution, Inc.); Statement of Disclosure of
   Corporate Affiliations and Financial Interest (LC Trademarks, Inc.)

upon: George Omar Koury

therein named, personally at:   11 Paradise Valley Court
                                Henderson, NV 89052

by handing to and leaving with:

[  ] George Omar Koury
[XX] a person of suitable age and discretion then and there residing at the usual abode
     of said, George Omar Koury

     __Gina Renee Koury__                                __wife/co-resident__
     (Name of the Person with whom the documents were left)   (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                                        Dated: __12__ / __30__ /20__19__     _Cathy V Holmes_
                                                                              (Signature of Server)

                                                                        Cathy V. Holmes, R-012488
                                                                        (Printed Name of Server)

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GRAPL3 233415 3357

Re: 431257 - New Castle



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-