UNITED STATES DISTRICT COURT — EASTERN DISTRICT OF MICHIGAN

LC Trademarks, Inc., et al.,
    Plaintiff,

v.

Bitwealth Holdings, LLC, et al.,
    Defendant,

Court File Number 19-13782

**AFFIDAVIT OF SERVICE**

State of Nevada }
County of Clark } ss

I, **Cathy V. Holmes** (Name of Server), state that on **12/29/2019** at **11:21 a.M.**, I served the:

Summons; Complaint; Statement of Disclosure of Corporate Affiliations and Financial Interest (Blue Line Foodservice Distribution, Inc.); Statement of Disclosure of Corporate Affiliations and Financial Interest (LC Trademarks, Inc.)

upon: George Omar Koury, Trustee of the VM3G Family Trust

therein named, personally at: 11 Paradise Valley Court, Henderson, NV 89052

by handing to and leaving with:

[X]  the Trustee of George Omar Koury, Trustee of the VM3G Family Trust

**George Omar Koury** (Name of the Person with whom the documents were left)   **Trustee** (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 12/30/2019     (Signature of Server)

Cathy V. Holmes, R-012488
(Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GRAPL3 233417 3359

Re: 431257 — New Castle



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-