## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division – Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., *et al.,* | |
| Plaintiffs, | |
| v. | Case No. 2:19-cv-13782-PDB-APP |
| BITWEALTH HOLDINGS, LLC, *et al.,* | |
| Defendants. | |

## <u>NOTICE OF APPEARANCE OF ROBERT L. ZISK</u>

PLEASE TAKE NOTICE that Robert L. Zisk of the law firm of Lathrop GPM LLP hereby enters his appearance as attorney of record on behalf of Plaintiffs LC Trademarks, Inc. and Blue Line Foodservice Distribution, Inc., in the above captioned matter.

Respectfully submitted,

/s/ Robert L. Zisk
Robert L. Zisk (admitted in E.D. Mich.)
LATHROP GPM LLP
The Watergate
600 New Hampshire Avenue, N.W. – Suite 700
Washington, D.C. 20037
Telephone:   (202) 295-2200
Facsimile:    (202) 295-2250
robert.zisk@lathropgpm.com

Dated: January 13, 2019          *Attorneys for Plaintiffs*