**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**Southern Division – Detroit**

| | |
|---|---|
| LC TRADEMARKS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BITWEALTH HOLDINGS, LLC, *et al.*, <br><br> Defendants. | Case No. 2:19-cv-13782-PDB-APP |

## NOTICE OF APPEARANCE OF MICHAEL L. STURM

PLEASE TAKE NOTICE that Michael L. Sturm of the law firm of Lathrop GPM LLP hereby enters his appearance as attorney of record on behalf of Plaintiffs LC Trademarks, Inc. and Blue Line Foodservice Distribution, Inc., in the above captioned matter.

Respectfully submitted,

/s/ Michael L. Sturm
Michael L. Sturm (admitted in E.D. Mich.)
LATHROP GPM LLP
The Watergate
600 New Hampshire Avenue, N.W. – Suite 700
Washington, D.C. 20037
Telephone: (202) 295-2200
Facsimile: (202) 295-2250
michael.sturm@lathropgpm.com

Dated: January 13, 2019          *Attorneys for Plaintiffs*