UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division — Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., )<br>   a Michigan corporation, and )<br>BLUE LINE FOODSERVICE )<br>   DISTRIBUTION, INC., )<br>   a Michigan corporation, )<br>        Plaintiffs, )<br>             )<br>v. )<br>             )<br>BITWEALTH HOLDINGS, LLC, )<br>   a Nevada limited liability company, )<br>MATTHEW GOETTSCHE, )<br>   a Colorado citizen, )<br>GAVIN DICKSON, )<br>   a Utah citizen, )<br>GEORGE OMAR KOURY, )<br>   a Nevada citizen, )<br>GEORGE OMAR KOURY, )<br>   Trustee of the VM3G Family Trust, )<br>GINA RENEE KOURY, )<br>   a Nevada citizen, )<br>GINA RENEE KOURY, )<br>   Trustee of the VM3G Family Trust, )<br>AFIFI KOURY, )<br>   a Nevada citizen, )<br>THOMAS B. ROSHEK, III, )<br>   a Texas citizen, )<br>DANIELLE GOETTSCHE, )<br>   a Colorado citizen, and )<br>TARA MICHELLE DUVAL, )<br>   a Texas citizen, )<br>        Defendants. ) | Case No.: 19-cv-13782<br><br>Honorable Paul D. Borman<br><br>**STIPULATED ORDER FOR EXTENSION OF TIME TO FILE FIRST RESPONSIVE PLEADING** |

## STIPULATED ORDER FOR EXTENSION OF TIME TO FILE FIRST RESPONSIVE PLEADING

This matter having come before the Court by stipulation of the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendants, Gina Rene Koury, Gina Rene Koury as Trustee for the VM3G Family Trust, George Omar Koury, George Omar Koury as Trustee for the VM3G Family Trust, and Afifi Koury will file their first responsive pleading to Plaintiffs' complaint on or before February 3, 2020.

SO ORDERED.

*This is not a final order and does not close this case.*

                                           s/Paul D. Borman
                                           PAUL D. BORMAN
                                           United States District Judge

Dated: January 21, 2020

Approved as to form and content:

| */s/ Michael L. Sturm* | */s/ John A. MacKenzie* |
|---|---|
| Larry J. Saylor (P28165) | John A. MacKenzie (P80386) |
| Michael L. Sturm (admitted in E.D. Mich.) | Attorney for Defendants George Omar Koury and Gina Renee Koury only |
| Attorneys for Plaintiffs | |

03208394 v1