| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF MICHIGAN |
|---|---|
| LC Trademarks, Inc., et al.<br>　　　　Plaintiff,<br><br>v.<br><br>Bitwealth Holdings, LLC, et al.<br>　　　　Defendant, | Court File Number<br>19-13782<br><br>**AFFIDAVIT OF SERVICE** |

State of Texas　} SS
County of Dallas }

I, _Patrice J. Halstead_ , state that on
　　(Name of Server)

_1_ / _21_ /20_20_ at _12_ : _39_ _P_ M, I served the:
(Date of Service)　　　　(Time of Service)

　　Summons; Complaint; Statement of Disclosure of Corporate Affiliations and Financial
　　Interest (Blue Line Foodservice Distribution, Inc.); Statement of Disclosure of
　　Corporate Affiliations and Financial Interest (LC Trademarks, Inc.)

upon: Thomas B. Roshek, III

therein named, personally at:　　7011 Spanky Branch Court
　　　　　　　　　　　　　　　　　　Dallas, TX 75248

by handing to and leaving with:

[X]　Thomas B. Roshek, III
[ ]　a person of suitable age and discretion then and there residing at the usual abode
　　　of said, Thomas B. Roshek, III

_Thomas B. Roshek III_
(Name of the Person with whom the documents were left)　　(Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

　　　　　　　　　　　　　　　　　　　Dated: _1_ / _21_ /20_20_　_Patrice J. Halstead_ 1623 8-20
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Signature of Server)

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_PATRICE HALSTEAD_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Printed Name of Server)

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GRAPL3 233420 3362

Re: 431257 - New Castle



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-