| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF MICHIGAN |
|---|---|

LC Trademarks, Inc., et al.
        Plaintiff,

v.

Bitwealth Holdings, LLC, et al.
        Defendant,

Court File Number
19-13782

**AFFIDAVIT OF SERVICE**

State of Texas } SS
County of Dallas }

I, _Patrice J. Halstead_ (Name of Server), state that on

_1_ / _21_ /20_20_ at _12_ : _39_ _P_ M, I served the:
(Date of Service)        (Time of Service)

    Summons; Complaint; Statement of Disclosure of Corporate Affiliations and Financial
    Interest (Blue Line Foodservice Distribution, Inc.); Statement of Disclosure of
    Corporate Affiliations and Financial Interest (LC Trademarks, Inc.)

upon: Tara Michelle Duval

therein named, personally at:    7011 Spanky Branch Court
                                      Dallas, TX 75248

by handing to and leaving with:

[ ] Tara Michelle Duval
[X] a person of suitable age and discretion then and there residing at the usual abode
    of said, Tara Michelle Duval

_Thomas B. Roshek III_                            _____
(Name of the Person with whom the documents were left)    (Title or Relationship)

a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

                                      Dated: _1_ / _21_ /20_20_    _Patrice J. Halstead_ 11692 8-20
                                                                                  (Signature of Server)

                                                                                 _PATRISE HALSTEAD_
                                                                                 (Printed Name of Server)

---

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # GRAPL3 233421 3363

Re: 431257 - New Castle



legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-