# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division — Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., )<br>   a Michigan corporation, and )<br>BLUE LINE FOODSERVICE )<br>   DISTRIBUTION, INC., )<br>   a Michigan corporation, )<br>             Plaintiffs, )<br>              )<br>     v. )<br>              )<br>BITWEALTH HOLDINGS, LLC, )<br>   a Nevada limited liability company, )<br>MATTHEW GOETTSCHE, )<br>   a Colorado citizen, )<br>GAVIN DICKSON, )<br>   a Utah citizen, )<br>GEORGE OMAR KOURY, )<br>   a Nevada citizen, )<br>GEORGE OMAR KOURY, )<br>   Trustee of the VM3G Family Trust, )<br>GINA RENEE KOURY, )<br>   a Nevada citizen, )<br>GINA RENEE KOURY, )<br>   Trustee of the VM3G Family Trust, )<br>AFIFI KOURY, )<br>   a Nevada citizen, )<br>THOMAS B. ROSHEK, III, )<br>   a Texas citizen, )<br>DANIELLE GOETTSCHE, )<br>   a Colorado citizen, and )<br>TARA MICHELLE DUVAL, )<br>   a Texas citizen, )<br>             Defendants. ) | Case No.: 19-cv-13782<br>Honorable Paul D. Borman<br>**APPEARANCE FOR DEFENDANTS GEORGE OMAR KOURY, GEORGE OMAR KOURY AS TRUSTEE OF THE VM3G FAMILY TRUST, GINA RENEE KOURY, GINA RENEE KOURY AS TRUSTEE OF THE VM3G FAMILY TRUST THOMAS B. ROSHEK III, TARA MICHELLE DUVAL AND AFIFI KOURY** |

03217129 v1

**APPEARANCE FOR DEFENDANTS, GEORGE OMAR KOURY, GEORGE OMAR KOURY AS TRUSTEE OF THE VM3G FAMILY TRUST, GINA RENEE KOURY, GINA RENEE KOURY AS TRUSTEE OF THE VM3G FAMILY TRUST, THOMAS B. ROSHEK III, TARA <u>MICHELLE DUVAL AND AFIFI KOURY</u>**

The law firm of Maddin, Hauser, Roth, & Heller PC files its Appearance for Defendants, George Omar Koury, George Omar Koury as Trustee of the VM3G Family Trust, Gina Renee Koury, Gina Renee Koury as Trustee of the VM3G Family Trust, Thomas B. Roshek III, Tara Michelle Duval and Afifi Koury, in the above referenced matter.  By filing this appearance, Defendants do not intend to consent to the jurisdiction of this Court or waive any other defenses that may be asserted in their first responsive pleadings, and expressly reserve their right to the same.

/s/ *John A. MacKenzie*
John A. MacKenzie (P80386)
Attorney for Defendants George Omar Koury George Omar Koury as Trustee VM3G Family Trust, Gina Renee Koury, Gina Renee Koury as Trustee VM3G Family Trust, Thomas B. Roshek III, Tara Michelle Duval and Afifi Koury

03217129 v1

## **NOTICE OF APPEARANCE**

To:    Clerk of the Court
       Michael L. Sturm, Attorney for Plaintiff

Notice is herewith given of the filing of the foregoing Appearance.

                                       /s/ *John A. MacKenzie*
                                       John A. MacKenzie (P80386)
                                       Attorney for Defendants George Omar Koury George Omar Koury as Trustee VM3G Family Trust, Gina Renee Koury, Gina Renee Koury as Trustee VM3G Family Trust, Thomas B. Roshek III, Tara Michelle Duval and Afifi Koury

03217129 v1