# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division — Detroit

| | |
|---|---|
| LC TRADEMARKS, INC.,<br>   a Michigan corporation, and<br>BLUE LINE FOODSERVICE<br>   DISTRIBUTION, INC.,<br>   a Michigan corporation,<br>        Plaintiffs,<br><br>v.<br><br>BITWEALTH HOLDINGS, LLC,<br>   a Nevada limited liability company,<br>MATTHEW GOETTSCHE,<br>   a Colorado citizen,<br>GAVIN DICKSON,<br>   a Utah citizen,<br>GEORGE OMAR KOURY,<br>   a Nevada citizen,<br>GEORGE OMAR KOURY,<br>   Trustee of the VM3G Family Trust,<br>GINA RENEE KOURY,<br>   a Nevada citizen,<br>GINA RENEE KOURY,<br>   Trustee of the VM3G Family Trust,<br>AFIFI KOURY,<br>   a Nevada citizen,<br>THOMAS B. ROSHEK, III,<br>   a Texas citizen,<br>DANIELLE GOETTSCHE,<br>   a Colorado citizen, and<br>TARA MICHELLE DUVAL,<br>   a Texas citizen,<br>        Defendants. | Case No.: 19-cv-13782<br><br>Honorable Paul D. Borman<br><br>**STIPULATED ORDER FOR SECOND EXTENSION OF TIME TO FILE FIRST RESPONSIVE PLEADING** |

03216101 v1

# STIPULATED ORDER FOR SECOND EXTENSION OF TIME TO FILE FIRST RESPONSIVE PLEADING

This matter having come before the Court by stipulation of the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Defendants, Gina Rene Koury, Gina Rene Koury as Trustee for the VM3G Family Trust, George Omar Koury, George Omar Koury as Trustee for the VM3G Family Trust, Thomas B. Roshek III, Tara Michelle Duval, and Afifi Koury will file their first responsive pleading to Plaintiffs' complaint on or before March 2, 2020.

**IT IS FURTHER ORDERED** that the filing of this order does not waive any defenses or objections that Defendants may assert in their first responsive pleading for lack of jurisdiction.

IT IS SO ORDERED.

*This is not a final order and does not close this case.*

| | |
|---|---|
| Dated: February 4, 2020 | s/Paul D. Borman<br>Paul D. Borman<br>United States District Judge |

Approved as to form and content:

| | |
|---|---|
| */s/ Michael L. Sturm*<br>Larry J. Saylor (P28165)<br>Michael L. Sturm (admitted in E.D. Mich.)<br>Attorneys for Plaintiffs | */s/ John A. MacKenzie*<br>John A. MacKenzie (P80386)<br>Attorney for Defendants, George Omar Koury and Gina Renee Koury, Thomas B. Roshek III, Tara Michelle Duval, and Afifi Koury |

03216101 v1