MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

LCTrademarks,Inc.et.al.

Plaintiff(s),

Case No. 19-cv-13782

v.

Judge Paul D. Borman

BitWealthHoldings,LLC

Magistrate Jud Anthony P. Patti

Defendant(s).

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, BitWealthHoldings,LLC

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1.  Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐        No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2.  Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐        No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: March2,2020                    Signature: JayY.Mandel

Bar No: 60576
n Name (if applicable): TheLawOfficesofJayY.Mandel,PLLC
Address 1: 535Griswold
Address 2: Suite1000
City, State   Zip Code: Detroit,MI48226
Telephone No: 3139623500
rimary Email Address: jmandel@jymlaw.com

### *PROOF OF SERVICE*

*The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause and to each of the attorneys of record herein at their respective addresses as directed on the pleading(s) of* **March 2, 2020.**

*Delivery By:*

| | | |
|---|---|---|
| ☐ *U.S. Mail* | ☐ *Fax* | ☒ *E-File* |
| ☐ *Hand-Delivered (Court)* | ☐ *Overnight Express* | |
| ☐ *Federal Express* | ☐ *E-mail* | ☐ *Other* |

*Signature:*  */s/Jay Y. Mandel*
Jay Y. Mandel