## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division — Detroit

LC TRADEMARKS, INC., )
    a Michigan corporation, and )
BLUE LINE FOODSERVICE )
    DISTRIBUTION, INC., )
    a Michigan corporation, )
        Plaintiffs, )
         )
      v . )
         )
BITWEALTH HOLDINGS, LLC, )
    a Nevada limited liability company, )
MATTHEW GOETTSCHE, )
    a Colorado citizen, )
GAVIN DICKSON, )
    a Utah citizen, )
GEORGE OMAR KOURY, )
    a Nevada citizen, )
GEORGE OMAR KOURY, )
    Trustee of the VM3G Family Trust, )
GINA RENEE KOURY, )
    a Nevada citizen, )
GINA RENEE KOURY, )
    Trustee of the VM3G Family Trust, )
AFIFI KOURY, )
    a Nevada citizen, )
THOMAS B. ROSHEK, III, )
    a Texas citizen, )
DANIELLE GOETTSCHE, )
    a Colorado citizen, and )
TARA MICHELLE DUVAL, )
    a Texas citizen, )
        Defendants. )

Case No.: 19-cv-13782

Honorable Paul D. Borman

**NOTICE OF SEEKING
CONCURRENCE**

## <u>NOTICE OF SEEKING CONCURRENCE</u>

**NOW COMES** Defendants, George Omar Koury, George Omar Koury as Trustee of the VM3G Family Trust, Gina Renee Koury, Gina Renee Koury as Trustee of the VM3G Family Trust, Afifi Koury, Thomas B. Roshek III, and Tara Michelle DuVal only (referred to hereinafter as the "Defendants"), by and through their counsel, Maddin Hauser Roth & Heller, PC, and for their Notice of Seeking Concurrence regarding their Motion to Dismiss, or in the alternative, Motion to Stay, (ECF No. 21) state as follows:

1.      Concurrence in the above referenced Motion was sought on February 27, 2020 and denied.

Respectfully Submitted,

MADDIN, HAUSER, ROTH & HELLER, P.C.

*/s/ John A. MacKenzie*
John A. MacKenzie (P80386)
*Attorney for Defendants, George*
*Omar Koury George Omar Koury as Trustee for*
*the VM3G Family Trust, Gina Renee Koury, Gina*
*Renee Koury as Trustee for the VM3G Family*
*Trust Thomas B. Roshek III, Tara Michelle Duval,*
*and Afifi Koury*
28400 Northwestern Hwy., STE 200
Southfield, MI 48034
(248) 351-7008
jmackenzie@maddinhauser.com

Dated: March 5, 2020

03231328 v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **March 5, 2020,** I electronically filed the above documents and this Certificate of Service using the ECF Filing system, which will send notification of such filing to those who are currently registered to receive e-mail notices for this case.

MADDIN HAUSER ROTH & HELLER, P.C.

By: */s/ Sarah E. Beaudry*
     Sarah E. Beaudry