# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division — Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., )<br>   a Michigan corporation, and )<br>BLUE LINE FOODSERVICE )<br>   DISTRIBUTION, INC., )<br>   a Michigan corporation, )<br>        Plaintiffs, )<br>)<br>v. )<br>)<br>BITWEALTH HOLDINGS, LLC, )<br>   a Nevada limited liability company, )<br>MATTHEW GOETTSCHE, )<br>   a Colorado citizen, )<br>GAVIN DICKSON, )<br>   a Utah citizen, )<br>GEORGE OMAR KOURY, )<br>   a Nevada citizen, )<br>GEORGE OMAR KOURY, )<br>   Trustee of the VM3G Family Trust, )<br>GINA RENEE KOURY, )<br>   a Nevada citizen, )<br>GINA RENEE KOURY, )<br>   Trustee of the VM3G Family Trust, )<br>AFIFI KOURY, )<br>   a Nevada citizen, )<br>THOMAS B. ROSHEK, III, )<br>   a Texas citizen, )<br>DANIELLE GOETTSCHE, )<br>   a Colorado citizen, and )<br>TARA MICHELLE DUVAL, )<br>   a Texas citizen, )<br>        Defendants. ) | Case No.: 19-cv-13782<br>Honorable Paul D. Borman<br><br>**APPEARANCE FOR DEFENDANTS GEORGE OMAR KOURY, GEORGE OMAR KOURY AS TRUSTEE OF THE VM3G FAMILY TRUST, GINA RENEE KOURY, GINA RENEE KOURY AS TRUSTEE OF THE VM3G FAMILY TRUST THOMAS B. ROSHEK III, TARA MICHELLE DUVAL AND AFIFI KOURY** |

03231943 v1

## APPEARANCE FOR DEFENDANTS, GEORGE OMAR KOURY, GEORGE OMAR KOURY AS TRUSTEE OF THE VM3G FAMILY TRUST,  GINA RENEE KOURY, GINA RENEE KOURY AS TRUSTEE OF THE VM3G FAMILY TRUST, THOMAS B. ROSHEK III, TARA MICHELLE DUVAL AND AFIFI KOURY

The law firm of Maddin, Hauser, Roth, & Heller PC by David E. Hart files its Appearance for Defendants, George Omar Koury, George Omar Koury as Trustee of the VM3G Family Trust, Gina Renee Koury, Gina Renee Koury as Trustee of the VM3G Family Trust, Thomas B. Roshek III, Tara Michelle Duval and Afifi Koury, in the above referenced matter.  By filing this appearance, Defendants do not intend to consent to the jurisdiction of this Court or waive any other defenses that may be asserted in their first responsive pleadings, and expressly reserve their right to the same.

        MADDIN HAUSER ROTH & HELLER P.C.

/s/ *David E. Hart*
David E. Hart (P45084)
Attorneys for Defendants George Omar Koury George Omar Koury as Trustee VM3G Family Trust, Gina Renee Koury, Gina Renee Koury as Trustee VM3G Family Trust, Thomas B. Roshek III, Tara Michelle Duval and Afifi Koury
28400 Northwestern Hwy., Second Floor
Detroit, M 48034-1829
(248) 354-4030
dhart@maddinhauser.com

Dated:  March 5, 2020

03231943 v1

## CERTIFICATE OF SERVICE

I hereby certify that on **March 5, 2020**, I electronically filed the above document(s) with the Clerk of the Court using the ECF system, which will automatically send notice of such filing to counsel of record.

**I DECLARE THAT THE FOREGOING STATEMENT IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.**

                                    MADDIN HAUSER ROTH & HELLER P.C.

                                    */s/ David E. Hart*
David E. Hart (P45084)
28400 Northwestern Hwy., Second Floor
Detroit, M 48034-1829
(248) 354-4030
dhart@maddinhauser.com