UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


LC Trademarks, Inc., et al.,

Plaintiff(s),

v.                                                    Case No. 2:19–cv–13782–PDB–APP
                                                      Hon. Paul D. Borman

Bitwealth Holdings, LLC, et al.,

Defendant(s),

_____


### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Paul D. Borman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 717.  The following motion(s) are scheduled for hearing:

Motion to Dismiss – #21

- MOTION HEARING:  May 28, 2020 at 02:30 PM


### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/D Tofil_____
Case Manager

Dated:  March 5, 2020