| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF MICHIGAN |
|---|---|
| LC Trademarks, Inc., et al.<br>           Plaintiffs,<br>v.<br>Bitwealth Holdings, LLC, et al.<br>           Defendants, | Court File Number<br>19-13782<br><br>**AFFIDAVIT OF SERVICE** |

State of Utah      } SS
County of Washington }

I, Nathaniel Castro, state that on Monday, March 16, 2020 at 6:56 PM I served the Summons; Complaint; Statement of Disclosure of Corporate Affiliations and Financial Interest (Blue Line Foodservice Distribution, Inc.); Statement of Disclosure of Corporate Affiliations and Financial Interest (LC Trademarks, Inc.) upon Gavin Dickson, therein named, personally at 4834 W 9000 S, West Jordan, UT 84081, by handing to and leaving with Jennifer Thompson, Paralegal to Gavin Dickson's Attorney and authorized to accept service on Gavin Dickson's behalf.

I declare under penalty of perjury that this information is true.

Dated: 3 / 18 /2020        _Nathaniel Castro_
                                                 Nathaniel Castro

\* Service was completed by an independent contractor retained by Metro Legal Services, Inc.



Serial # LATGP3 237143 3166

Re: 431257 - New Castle



330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

-1-