UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

LC TRADEMARKS, INC.,
a Michigan corporation, and
BLUE LINE FOODSERVICE
DISTRIBUTION, INC.,

   Plaintiffs,

vs.

VICTORIOUS FOODS, LLC, a
Nevada Limited Liability Company
BITWEALTH HOLDINGS, LLC,
a Nevada Limited Liability Company,
MATTHEW GOETTSCHE,
a Colorado citizen, GAVIN DICKSON,
a Utah citizen, ERNEST KOURY, a
Texas citizen, GEORGE OMAR KOURY,
a Nevada Citizen, GEORGE OMAR
KOURY, Trustee of the VM3G Family
Trust, GINA RENEE KOURY, a Nevada
citizen, GINA RENEE KOURY, Trustee
of the VM3G Family Trust, AFIFI KOURY,
a Nevada citizen, THOMAS B. ROSHEK, III,
a Texas citizen, DANIELLE GOETTSCHE,
a Colorado citizen, SANDRA KOURY, a
Texas citizen and TARA MICHELLE
DUVAL, a Texas citizen,

   Defendants.

Case No. 19-13782
Judge Paul D. Borman

## **APPEARANCE**

TO:  THE CLERK OF THE COURT and COUNSEL OF RECORD:

PLEASE TAKE NOTICE that I appear on behalf of the Defendant Gavin Dickson only in this lawsuit.

Dated: March 27, 2020            */s/ Michael W. Edmunds*
                                 Michael W. Edmunds P55748
                                 Gault Davison, PC
                                 Attorney for Defendant
                                 8305 S. Saginaw Street, Ste. 8
                                 Grand Blanc, MI 48439
                                 (810) 234-3633
                                 Medmunds@EdmundsLawOffice.com