# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
## Southern Division – Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., ) <br>    a Michigan corporation, and ) <br> BLUE LINE FOODSERVICE ) <br>    DISTRIBUTION, INC., ) <br>    a Michigan corporation, ) <br>         Plaintiffs, ) <br>   v. ) <br> VICTORIOUS FOODS, LLC, ) <br>    a Nevada limited liability company, ) <br> BITWEALTH HOLDINGS, LLC, ) <br>    a Nevada limited liability company, ) <br> MATTHEW GOETTSCHE, ) <br>    a Colorado citizen, ) <br> GAVIN DICKSON, ) <br>    a Utah citizen, ) <br> ERNEST KOURY, ) <br>    a Texas citizen, ) <br> GEORGE OMAR KOURY, ) <br>    a Nevada citizen, ) <br> GEORGE OMAR KOURY, ) <br>    Trustee of the VM3G Family Trust, ) <br> GINA RENEE KOURY, ) <br>    a Nevada citizen, ) <br> GINA RENEE KOURY, ) <br>    Trustee of the VM3G Family Trust, ) <br> AFIFI KOURY, ) <br>    a Nevada citizen, ) <br> THOMAS B. ROSHEK, III, ) <br>    a Texas citizen, ) <br> DANIELLE GOETTSCHE, ) <br>    a Colorado citizen, ) <br> SANDRA KOURY, ) <br>    A Texas citizen, and ) <br> TARA MICHELLE DUVAL, ) <br>    a Texas citizen, ) <br>   Defendants. ) | Case No.: 19-cv-13782 <br> Honorable Paul D. Borman <br> Mag. Judge Anthony P. Patti <br><br> **STIPULATED ORDER FOR FURTHER PROCEEDINGS** |

## STIPULATED ORDER FOR FURTHER PROCEEDINGS

This matter having come before the Court by stipulation of the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that all parties agree to participate in mediation before a mutually acceptable mediator on or before June 26, 2020. All parties will be represented at the mediation by an individual with settlement authority. If in-person mediation is not feasible because of the COVID-19 pandemic or a party is unwilling or unable to appear in person because of COVID-19 transmission risks or other circumstances beyond that party's control, all parties or the non-appearing party will participate in the mediation via teleconference (or some other mutually acceptable form of remote means) to the extent possible, or the parties upon mutual agreement may adjourn the mediation to a date allowing for in-person participation.

**IT IS FURTHER ORDERED** that Defendants, Gina Rene Koury, Gina Rene Koury as Trustee for the VM3G Family Trust, George Omar Koury, George Omar Koury as Trustee for the VM3G Family Trust, Thomas B. Roshek III, Tara Michelle Duval, and Afifi Koury's motions to dismiss or stay (ECF Nos. 21, 31), are withdrawn. Gina Rene Koury, Gina Rene Koury as Trustee for the VM3G Family Trust, George Omar Koury, George Omar Koury as Trustee for the VM3G Family Trust, Thomas B. Roshek III, Tara Michelle Duval, Afifi Koury, BitWealth

Holdings, LLC, and Matthew and Danielle Goettsche shall file their answers to Plaintiffs' First Amended Complaint in the above captioned matter within seven (7) days of the entry of this Order.

**IT IS FURTHER ORDERED** that within seven (7) days of the entry of this Order, Ernest Koury, Sandra Koury, and Victorious Foods, LLC shall file their answers to Plaintiffs' First Amended Complaint in the above captioned matter, and the undersigned counsel waive service of process on their behalf.

**IT IS FURTHER ORDERED** that within three (3) days after Ernest Koury, Sandra Koury, and Victorious Foods, LLC have filed their answers in this action, Plaintiffs shall cause to be presented to the Wayne County, Michigan Circuit Court a stipulated order to dismiss without prejudice and without costs or attorney fees to any party, the complaint pending in Wayne County Circuit Court, Case No. 19-017282, captioned: *LC Trademarks, Inc. and Blue Line Food Service Distribution, Inc. v Victorious Foods, LLC, Ernest Koury, and Sandra Koury*.

**IT IS SO ORDERED.**

*This is not a final order and does not close this case.*

s/Paul D. Borman<br>PAUL D. BORMAN<br>United States District Judge

Dated: April 28, 2020

Approved as to form and content:

| | |
|---|---|
| */s/ Michael L. Sturm* | */s/ John A. MacKenzie* |
| Michael L. Sturm (admitted in E.D. Mich.) | John A. MacKenzie (P80386) |
| Attorneys for Plaintiffs | Attorney for Defendants, George Omar Koury and Gina Renee Koury, Thomas B. Roshek III, Tara Michelle Duval, Afifi Koury, Ernest Koury, and Sandra Koury |
| | |
| */s/ Jay Y. Mandel* | /s/ *Michael W. Edmunds* |
| Jay Y. Mandel (P60576) | Michael W. Edmunds (P55748) |
| Attorney for Defendants, Bitwealth Holdings, LLC, Victorious Foods, LLC, and Matthew Goettesche, Danielle Goettesche | Attorney for Defendant Dickson |