## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## Southern Division

LC TRADEMARKS, INC.,
a Michigan corporation, and
BLUE LINE FOODSERVICE
DISTRIBUTION, INC.,

          Plaintiffs,

vs.

VICTORIOUS FOODS, LLC, a
Nevada Limited Liability Company
BITWEALTH HOLDINGS, LLC,
a Nevada Limited Liability Company,
MATTHEW GOETTSCHE,
a Colorado citizen, GAVIN DICKSON,
a Utah citizen, ERNEST KOURY, a
Texas citizen, GEORGE OMAR KOURY,
a Nevada Citizen, GEORGE OMAR
KOURY, Trustee of the VM3G Family
Trust, GINA RENEE KOURY, a Nevada
citizen, GINA RENEE KOURY, Trustee
of the VM3G Family Trust, AFIFI KOURY,
a Nevada citizen, THOMAS B. ROSHEK, III,
a Texas citizen, DANIELLE GOETTSCHE,
a Colorado citizen, SANDRA KOURY, a
Texas citizen and TARA MICHELLE
DUVAL, a Texas citizen,

          Defendants.

Case No. 19-13782

Judge Paul D. Borman

---

Robert L. Zisk (admit in ED Mich.)
Michael L. Sturm (admit in ED Mich.)
LATHOP GPM LLP
The Watergate
600 New Hampshire Avenue, N.W.
– Suite 700

Washington, D.C. 20037
Telephone: (202) 295-2200
Facsimile: (202) 295-2250
robert.zisk@lathropgpm.com
michael.sturm@lathropgpm.com
Attorneys for Plaintiff

Larry J. Saylor (P28165)
Kimberly A. Berger (P56165)
MILLER, CANFIELD, PADDOCK
& STONE P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7986
Facsimile: (313) 496-8454
Saylor@millercanfield.com
Berger@millercanfield.com
Attorneys for Plaintiffs

Jay Y. Mandel, Esq.
Jay Y. Mandel, PLLC
535 Griswold Street, Suite 1000
Detroit, MI 48226
jmandel@jymlaw.com
Attorney for Defendants Bitwealth Holdings, LLC;
Matthew Goettsche; and Danielle Goettsche

John A. MacKenzie, Esq.
Maddin Hauser Roth & Heller, PC
28400 Northwestern Highway, 2nd Floor
Southfield, MI 48034
jmackenzie@maddinhauser.com
Attorney for Defendants George Omar Koury; George Omar Koury Trustee of the VM3G Family Trust; Gina Renee Koury; Gina Renee Koury Trustee of the VM3G Family Trust; Afifi Koury; Thomas B. Roshek, III; Tara Michelle Duval

MICHAEL W. EDMUNDS (P55748)
Gault Davison, PC
8305 S. Saginaw, Ste. 8
Grand Blanc, MI 48439
(810) 234-3633
Medmunds@edmundslawoffice.com
Attorney for Defendant Dickson

---

## NOTICE OF WITHDRAWAL OF MOTION

Michael W. Edmunds, attorney for Defendant Dickson, filed a motion to withdraw as counsel for Defendant Dickson on October 15, 2020 (#38). Defense counsel hereby gives notice that he is withdrawing his motion.

Dated:     10/21/2020             /s/ Michael W. Edmunds (P55748)
                                  MICHAEL W. EDMUNDS (P55748)
                                  Attorney for Defendant Dickson
                                  8305 S. Saginaw, Ste. 8
                                  Grand Blanc, MI 48439
                                  (810) 234-3633
                                  medmunds@edmundslawoffice.com