# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division – Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., ) | |
|    a Michigan corporation, and ) | |
| BLUE LINE FOODSERVICE ) | |
| DISTRIBUTION, INC., ) | |
|    a Michigan corporation, ) | Case No.: 19-cv-13782 |
|       Plaintiffs, ) | |
|      v. ) | Honorable Paul D. Borman |
| VICTORIOUS FOODS, LLC, ) | Mag. Judge Anthony P. Patti |
|    a Nevada limited liability company, ) | |
| BITWEALTH HOLDINGS, LLC, ) | |
|    a Nevada limited liability company, ) | |
| MATTHEW GOETTSCHE, ) | |
|    a Colorado citizen, ) | |
| GAVIN DICKSON, ) | |
|    a Utah citizen, ) | |
| ERNEST KOURY, ) | |
|    a Texas citizen, ) | |
| GEORGE OMAR KOURY, ) | |
|    a Nevada citizen, ) | |
| GEORGE OMAR KOURY, ) | |
|    Trustee of the VM3G Family Trust, ) | |
| GINA RENEE KOURY, ) | |
|    a Nevada citizen, ) | |
| GINA RENEE KOURY, ) | |
|    Trustee of the VM3G Family Trust, ) | |
| AFIFI KOURY, ) | |
|    a Nevada citizen, ) | |
| THOMAS B. ROSHEK, III, ) | |
|    a Texas citizen, ) | |
| DANIELLE GOETTSCHE, ) | |
|    a Colorado citizen, ) | |
| SANDRA KOURY, ) | |
|    A Texas citizen, and ) | |
| TARA MICHELLE DUVAL, ) | |
|    a Texas citizen, ) | |
|   Defendants. ) | |

03333506 v1

## MOTION TO WITHDRAWAL AS COUNSEL FOR ERNEST KOURY AND SANDRA KOURY

**NOW COMES** the law firm of Maddin Hauser Roth & Heller, PC ("Maddin Hauser"), and for its Motion To Withdrawal As Counsel For Ernest Koury and Sandra Koury, states as follows:

1. Maddin Hauser was retained by Ernest and Sandra Koury to represent them in the above captioned matter.

2. On or about October 23, 2020, Maddin Hauser was informed by Ernest and Sandra Koury that they were terminating the attorney-client relationship with Maddin Hauser because of the inability to pay for legal services.

3. Accordingly, Maddin Hauser sent the proposed stipulated order to Ernest and Sandra Koury to approve the withdrawal and termination of the representation. (**Exhibit A**: Proposed Order).

4. Ernest and Sandra Koury approved the proposed stipulated order for filing with the Court; however, Plaintiff's counsel has objected. (**Exhibit B**: Koury Email).

5. Plaintiff has served discovery requests on Ernest and Sandra Koury, which are due on or before October 30, 2020.

03333506 v1

6. Maddin Hauser has no authority to respond to these requests on behalf of Ernest and Sandra Koury as the representation has been voluntarily terminated by Ernest and Sandra Koury.

7. A client may terminate his attorney's representation by sending notice of the termination to the attorney. *Estate of Michael v Dougherty*, 249 Mich App 668, 685; 644 NW2d 391 (2002).

8. A lawyer discontinues serving a client when relieved of the obligation by the client or the court. *Maddox v. Burlingame*, 205 Mich App 446, 450; 517 NW2d 816 (1994).

9. In this case, Ernest and Sandra Koury voluntarily terminated the attorney-client relationship with Maddin Hauser and provided written notice of the termination to Maddin Hauser on or about October 23, 2020.  (**Exhibit B**).  Ernest and Sandra Koury have stipulated to the formal withdrawal of Maddin Hauser as their counsel.  (**Exhibit B**).  Therefore, the Court should enter an order allowing Maddin Hauser to withdrawal as counsel for Ernest and Sandra Koury.

WHEREFORE, Maddin Hauser respectfully requests that this honorable Court enter an order approving the withdrawal of Maddin Hauser from the representation of Ernest and Sandra Koury, and allow 30 days for Ernest and Sandra Koury to retain new counsel and answer Plaintiff's discovery requests.

                        Respectfully Submitted,

                        MADDIN, HAUSER, ROTH & HELLER, P.C.

                        */s/ John A. MacKenzie*
                        Martin S. Frenkel (P49283)
                        David E. Hart (P45084)
                        John A. MacKenzie (P80386)
                        *Attorney for Defendants, George Omar Koury George Omar Koury as Trustee for the VM3G Family Trust, Gina Renee Koury, Gina Renee Koury as Trustee for the VM3G Family Trust Thomas B. Roshek III, Tara Michelle Duval, and Afifi Koury*
                        28400 Northwestern Hwy., STE 200
                        Southfield, MI 48034
                        (248) 351-7008
                        jmackenzie@maddinhauser.com

Dated: October 27, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **October 27, 2020,** I electronically filed the above documents and this Certificate of Service using the ECF Filing system, which will send notification of such filing to those who are currently registered to receive e-mail notices for this case.

                                                MADDIN HAUSER ROTH & HELLER, P.C.

                                                By: */s/ Sarah E. Morris*
                                                    Sarah E. Morris

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division – Detroit

| | |
|---|---|
| LC TRADEMARKS, INC.,<br>    a Michigan corporation, and<br>BLUE LINE FOODSERVICE<br>DISTRIBUTION, INC.,<br>    a Michigan corporation,<br>        Plaintiffs,<br>v.<br>VICTORIOUS FOODS, LLC,<br>    a Nevada limited liability company,<br>BITWEALTH HOLDINGS, LLC,<br>    a Nevada limited liability company,<br>MATTHEW GOETTSCHE,<br>    a Colorado citizen,<br>GAVIN DICKSON,<br>    a Utah citizen,<br>ERNEST KOURY,<br>    a Texas citizen,<br>GEORGE OMAR KOURY,<br>    a Nevada citizen,<br>GEORGE OMAR KOURY,<br>    Trustee of the VM3G Family Trust,<br>GINA RENEE KOURY,<br>    a Nevada citizen,<br>GINA RENEE KOURY,<br>    Trustee of the VM3G Family Trust,<br>AFIFI KOURY,<br>    a Nevada citizen,<br>THOMAS B. ROSHEK, III,<br>    a Texas citizen,<br>DANIELLE GOETTSCHE,<br>    a Colorado citizen,<br>SANDRA KOURY,<br>    A Texas citizen, and<br>TARA MICHELLE DUVAL,<br>    a Texas citizen,<br>  Defendants. | Case No.: 19-cv-13782<br><br>Honorable Paul D. Borman<br><br>Mag. Judge Anthony P. Patti |

03333506 v1

## BRIEF IN SUPPORT OF MOTION TO WITHDRAWAL AS COUNSEL FOR ERNEST KOURY AND SANDRA KOURY

Maddin Hauser relies on its motion and respectfully requests that this honorable Court enter an order approving the withdrawal of Maddin Hauser from the representation of Ernest and Sandra Koury, and allow 30 days for Ernest and Sandra Koury to retain new counsel and answer Plaintiff's discovery requests.

Respectfully Submitted,

MADDIN, HAUSER, ROTH & HELLER, P.C.

*/s/ John A. MacKenzie*
Martin S. Frenkel (P49283)
David E. Hart (P45084)
John A. MacKenzie (P80386)
*Attorney for Defendants, George Omar Koury George Omar Koury as Trustee for the VM3G Family Trust, Gina Renee Koury, Gina Renee Koury as Trustee for the VM3G Family Trust Thomas B. Roshek III, Tara Michelle Duval, and Afifi Koury*
28400 Northwestern Hwy., STE 200
Southfield, MI 48034
(248) 351-7008
jmackenzie@maddinhauser.com

Dated: October 27, 2020

03333506 v1

## CERTIFICATE OF SERVICE

  I hereby certify that on **October 27, 2020,** I electronically filed the above documents and this Certificate of Service using the ECF Filing system, which will send notification of such filing to those who are currently registered to receive e-mail notices for this case.

               MADDIN HAUSER ROTH & HELLER, P.C.

               By: */s/ Sarah E. Morris*
                 Sarah E. Morris