# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division — Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., ) <br>    a Michigan corporation, and ) <br> BLUE LINE FOODSERVICE ) <br>    DISTRIBUTION, INC., ) <br>    a Michigan corporation, ) <br>         Plaintiffs, ) <br> ) <br> v.  ) <br> ) <br> BITWEALTH HOLDINGS, LLC, ) <br>    a Nevada limited liability company, ) <br> MATTHEW GOETTSCHE, ) <br>    a Colorado citizen, ) <br> GAVIN DICKSON, ) <br>    a Utah citizen, ) <br> GEORGE OMAR KOURY, ) <br>    a Nevada citizen, ) <br> GEORGE OMAR KOURY, ) <br>    Trustee of the VM3G Family Trust, ) <br> GINA RENEE KOURY, ) <br>    a Nevada citizen, ) <br> GINA RENEE KOURY, ) <br>    Trustee of the VM3G Family Trust, ) <br> AFIFI KOURY, ) <br>    a Nevada citizen, ) <br> THOMAS B. ROSHEK, III, ) <br>    a Texas citizen, ) <br> DANIELLE GOETTSCHE, ) <br>    a Colorado citizen, and ) <br> TARA MICHELLE DUVAL, ) <br>    a Texas citizen, ) <br>         Defendants. ) | Case No.: 19-cv-13782 <br><br> Honorable Paul D. Borman <br><br> **STIPULATED ORDER TO WITHDRAW** |

03331180 v2

## STIPULATED ORDER TO WITHDRAWAL AS COUNSEL FOR ERNEST KOURY AND SANDRA KOURY

This matter having come before the Court by stipulation of the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that law firm a Maddin Hauser Roth & Heller, P.C. is withdrawn as counsel for Ernest Koury and Sandra Koury, and that the attorney-client relationship is terminated.

IT IS SO ORDERED.

*This is not a final order and does not close this case.*

_____
PAUL D. BORMAN
United States District Judge

Approved as to form and content:

*/s/ John A. MacKenzie*
Martin F. Frenkel (P49283)
David E. Hart (P45084)
John A. MacKenzie (P80386)
Attorney for Defendants George Omar Koury, Gina Renee Koury, Thomas B. Roshek, Tara Michele DuVall, and Afifi Koury

/s/ Ernest Koury (w/ permission)
Ernest Koury

/s/ Sandra Koury (w/ permission)
Sandra Koury

03331180 v2