# EXHIBIT B

# Sarah E. Morris

| | |
|---|---|
| **From:** | Ernest Koury <eekoury@me.com> |
| **Sent:** | Friday, October 23, 2020 9:32 AM |
| **To:** | John MacKenzie |
| **Subject:** | Re: 17909-1 Koury - approval to withdrawal ***URGENT** |
| **Attachments:** | image002.jpg; ATT00001.htm; image001.jpg; ATT00002.htm; Ernie stip to withdrawal.docx; ATT00003.htm |

[EXTERNAL EMAIL]
Sorry John for the delay. This is approved.

Ernest Koury

This communication is confidential and may be legally privileged.  If you are not the intended recipient, (i) please do not read or disclose to others, (ii) please notify the sender by reply mail, and (iii) please delete this communication from your system.  Failure to follow this process may be unlawful.  Thank you for your cooperation.

> On Oct 23, 2020, at 5:15 AM, John MacKenzie <jmackenzie@maddinhauser.com> wrote:
>
> Ernie and Sandra,
>
> Please approve the attached stipulation to file with the Court.  We must have court approval to formally terminate the representation.  If we do not hear back from you promptly, we will be forced to file a motion.  We are required to do this under our professional rules of conduct.
>
> Thanks,
>
> John