UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LC Trademarks, Inc., et al.,

                Plaintiff(s),

v.                                         Case No. 2:19−cv−13782−PDB−APP
                                            Hon. Paul D. Borman

Bitwealth Holdings, LLC, et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Anthony P. Patti for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion for Withdrawal of Attorney – #40

                                      s/Paul D. Borman
                                      Paul D. Borman
                                      United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                      s/D Tofil
                                      Case Manager

Dated:  November 6, 2020