# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division – Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., ) <br>    a Michigan corporation, and ) <br> BLUE LINE FOODSERVICE ) <br> DISTRIBUTION, INC., ) <br>    a Michigan corporation, ) <br>       Plaintiffs, ) <br>    v. ) <br> VICTORIOUS FOODS, LLC, ) <br>    a Nevada limited liability company, ) <br> BITWEALTH HOLDINGS, LLC, ) <br>    a Nevada limited liability company, ) <br> MATTHEW GOETTSCHE, ) <br>    a Colorado citizen, ) <br> GAVIN DICKSON, ) <br>    a Utah citizen, ) <br> ERNEST KOURY, ) <br>    a Texas citizen, ) <br> GEORGE OMAR KOURY, ) <br>    a Nevada citizen, ) <br> GEORGE OMAR KOURY, ) <br>    Trustee of the VM3G Family Trust, ) <br> GINA RENEE KOURY, ) <br>    a Nevada citizen, ) <br> GINA RENEE KOURY, ) <br>    Trustee of the VM3G Family Trust, ) <br> AFIFI KOURY, ) <br>    a Nevada citizen, ) <br> THOMAS B. ROSHEK, III, ) <br>    a Texas citizen, ) <br> DANIELLE GOETTSCHE, ) <br>    a Colorado citizen, ) <br> SANDRA KOURY, ) <br>    A Texas citizen, and ) <br> TARA MICHELLE DUVAL, ) <br>    a Texas citizen, ) <br>   Defendants. ) | Case No.: 19-cv-13782 <br><br> Honorable Paul D. Borman <br><br> Mag. Judge Anthony P. Patti |

03340922 v1

## CERTIFICATE OF SERVICE

I hereby certify that on **November 12, 2020,** I served Maddin Hauser's Motion to Withdraw as Counsel for Ernest Koury and Sandra Koury [ECF No. 40], Plaintiffs' Response and Brief in Response to Motion to Withdraw [ECF 41], Order of Reference to United States Magistrate Judge [ECF No. 42] and this Certificate of Service via First Class Mail by placing the above documents in a prepaid envelope and depositing the same in the United States Mail to:

> Ernest and Sandra Koury
> 6765 Encelia Pl.
> Carlsbad, CA 92011

I further certify that on **November 12, 2020**, I served Maddin Hauser's Motion to Withdraw as Counsel for Ernest Koury and Sandra Koury [ECF No. 40], Plaintiffs' Response and Brief in Response to Motion to Withdraw [ECF 41], Order of Reference to United States Magistrate Judge [ECF No. 42] and this Certificate of Service via Electronic Mail Delivery to:

> eekoury@me.com
> sandrakoury@icloud.com

MADDIN HAUSER ROTH & HELLER, P.C.

By: */s/ Sarah E. Morris*
     Sarah E. Morris

03340922 v1