UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division – Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., )<br>   a Michigan corporation, and )<br>BLUE LINE FOODSERVICE )<br>DISTRIBUTION, INC., )<br>   a Michigan corporation, )<br>       Plaintiffs, )<br>   v. )<br>VICTORIOUS FOODS, LLC, )<br>   a Nevada limited liability company, )<br>BITWEALTH HOLDINGS, LLC, )<br>   a Nevada limited liability company, )<br>MATTHEW GOETTSCHE, )<br>   a Colorado citizen, )<br>GAVIN DICKSON, )<br>   a Utah citizen, )<br>ERNEST KOURY, )<br>   a Texas citizen, )<br>GEORGE OMAR KOURY, )<br>   a Nevada citizen, )<br>GEORGE OMAR KOURY, )<br>   Trustee of the VM3G Family Trust, )<br>GINA RENEE KOURY, )<br>   a Nevada citizen, )<br>GINA RENEE KOURY, )<br>   Trustee of the VM3G Family Trust, )<br>AFIFI KOURY, )<br>   a Nevada citizen, )<br>THOMAS B. ROSHEK, III, )<br>   a Texas citizen, )<br>DANIELLE GOETTSCHE, )<br>   a Colorado citizen, )<br>SANDRA KOURY, )<br>   A Texas citizen, and )<br>TARA MICHELLE DUVAL, )<br>   a Texas citizen, )<br>   Defendants. ) | Case No.: 19-cv-13782<br><br>Honorable Paul D. Borman<br><br>Mag. Judge Anthony P. Patti |

03349280 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on **December 2, 2020,** I served the Court's Order Conditionally Granting Motion to Withdraw as Counsel [ECF No. 44] and this Certificate of Service via First Class Mail by placing the above documents in a prepaid envelope and depositing the same in the United States Mail to:

>Ernest and Sandra Koury
>6765 Encelia Pl.
>Carlsbad, CA 92011

I further certify that on **December 2, 2020,** I served the Court's Order Conditionally Granting Motion to Withdraw as Counsel [ECF No. 44] and this Certificate of Service via via Electronic Mail Delivery to:

>eekoury@me.com
>sandrakoury@icloud.com

MADDIN HAUSER ROTH & HELLER, P.C.

By: */s/ Sarah E. Morris*
    Sarah E. Morris

03349280 v1