UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division – Detroit

LC TRADEMARKS, INC., *et al.*,

    Plaintiffs,

v.

VICTORIOUS FOODS, LLC, *et al.*,

    Defendants.

Case No. 19-cv-13782

Hon. Paul D. Borman
Mag. Judge Anthony P. Patti

## PLAINTIFFS' WITNESS LIST

Pursuant to FED. R. CIV. P. 26(a)(3) and the Court's Civil Case Management and Scheduling Order dated August 3, 2020 [Dkt. 37], Plaintiffs LC Trademarks, Inc. and Blue Line Foodservice Distribution, Inc. hereby identify the following witnesses who may be called to testify at the time of trial in the above-captioned matter:

**I.  Witnesses Plaintiffs Expect to Present (FED. R. CIV. P. 26(a)(3)(A)(i))**

1. Eric Blackford

2. Michael Therrian

3. Ashok Lal

4. Scott Haveman

5. Robert A. Taylor (expert)
   CBIZ Brinig Taylor Zimmer
   401 B Street, Suite 2150
   San Diego, CA 92101
   (619) 687-2600

## II. Witnesses Plaintiffs May Call If the Need Arises (FED. R. CIV. P. 26(a)(3)(A)(i))

1. Any Defendant named in this action.

2. Any person identified in any witness list filed by any Defendant in this action.

## III. Witnesses Whose Testimony Plaintiffs Expect to Present by Deposition (FED. R. CIV. P. 26(a)(3)(A)(ii))

None known at this time.

Plaintiffs reserve their right to amend their witness list as other witnesses become known, and to call additional witnesses for purposes of impeachment or rebuttal, for purposes of authentication of documents, or as otherwise may be permitted by the Court.

                                                      Respectfully submitted,

Dated: December 11, 2020         /s/ Michael L. Sturm
                                                 Robert L. Zisk (admitted in E.D. Mich.)
                                                 Michael L. Sturm (admitted in E.D. Mich.)
                                                 LATHROP GPM LLP
                                                 The Watergate
                                                 600 New Hampshire Ave., N.W.
                                                 Suite 700
                                                 Washington, D.C. 20037
                                                 Telephone: (202) 295-2200
                                                 Facsimile:  (202) 295-2250
                                                 robert.zisk@lathropgpm.com
                                                 michael.sturm@lathropgpm.com

                                                 Larry J. Saylor (P28165)
                                                 Kimberly A. Berger (P56165)
                                                 MILLER, CANFIELD, PADDOCK

        & STONE P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7986
Facsimile:  (313) 496-8454
Saylor@millercanfield.com
Berger@millercanfield.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 11, 2020, I caused the foregoing to be electronically filed with the Clerk of Court using the ECF system, which will send notification of such filing to those who are registered to receive e-mail notices for this case.

/s/ Michael L. Sturm