UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

Southern Division -- Detroit

LC TRADEMARKS, INC., *et al.*,
      Plaintiffs,
    v.

VICTORIOUS FOODS, LLC, *et al.*,
      Defendants.

Case No. 19-cv-13782
Hon. Paul D. Borman
Mag. Judge Anthony P. Patti

**DEFENDANTS' WITNESS LIST**

    Defendants BitWealth Holdings, LLC, Matthew Goettsche, Danielle Goettsche, and Victorious Foods, LLC ("Defendants"), pursuant to the Court's August 3, 2020 Civil Case Management and Scheduling Order, submit the following witness list:

1. Matthew Goettsche (c/o counsel)
2. Danielle Goettsche (c/o counsel)
3. Gavin Dickson (c/o counsel)
4. Ernest Koury (6765 Encilia Place, Carlsbad, CA 92011)
5. Sandra Koury (6765 Encilia Place, Carlsbad, CA 92011)
6. George Omar Koury (c/o counsel)
7. Gina Renee Koury (c/o counsel)
8. Afifi Koury (c/o counsel)
9. Thomas B. Roshek, III (c/o counsel)
10. Tara Michelle Duval (c/o counsel)
11. Ashok Lal (c/o counsel)

12. Roxanne Bensason (c/o counsel)

13. Kevin Taylor (c/o counsel)

14. Eliza Ollinger (c/o counsel)

15. Eric Blackford (c/o counsel)

16. Michelle Lee (c/o counsel)

17. Donald Wray (c/o counsel)

18. Paula Vissing (c/o counsel)

19. Darrell Snygg (c/o counsel)

20. Michael Therrian (c/o counsel)

21. Scott Haveman (c/o counsel)

22. Joshua Barrett (c/o counsel)

23. Ashton Gifford (c/o counsel)

24. Derek Pearson (c/o counsel)

25. Andrew J. Spring (Level 27 259 George Street, Sydney NSW 2000 Australia)

26. Past, present and future employees, agents, representatives and/or record custodians of Little Caesars Enterprises, Inc., c/o counsel.

27. Past, present and future employees, agents, representatives and/or record custodians of EVO Pizza Pty, Ltd., 3 Graham Ave Casula NSW 2170 Australia.

28. Past, present and future employees, agents, representatives, members, and/or record custodians of Victorious Foods, LLC., c/o counsel.

29. Past, present and future employees, agents, representatives and/or record custodians of LC Trademarks, Inc., c/o counsel.

30. Past, present and future employees, agents, representatives and/or record custodians of Blue Line Foodservice Distribution, Inc., c/o counsel.

31. Past, present and future employees, agents, representatives and/or record custodians of BitWealth Holdings, LLC., c/o counsel.

32. Expert(s) to be named regarding forensic accounting and financial damages.

33. Any witness identified on any other party's witness list.

Defendants reserve the right to modify or supplement this witness list as discovery proceeds and as other witnesses are identified.

DATED: December 11, 2020                    Respectfully submitted,

                                                                                     /s/ Jay Y. Mandel
                                                                              Jay Y. Mandel (P60576)
The Law Offices of Jay Y. Mandel, PLLC
535 Griswold Street, Suite 1000
Detroit, MI 48226
(313) 962-3500
jmandel@jymlaw.com

*Counsel for Defendants BitWealth Holdings, LLC, Matthew Goettsche, Danielle Goettsche, and Victorious Foods, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2020, I electronically filed the above document with the Clerk of the Court and served all counsel of record via the CM/ECF system.

                                                                                                    /s/ Jay Y. Mandel
                                                                                                     Jay Y. Mandel (P60576)