# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

LC TRADEMARKS, INC., *et al.*,

        Plaintiffs,

v.

VICTORIOUS FOODS, LLC, *et al.*,

        Defendants.

Case No. 19-cv-13782
Hon. Paul D. Borman
Mag. Judge Anthony P. Patti

## NOTICE OF AUTOMATIC STAY AS TO DEFENDANTS ERNEST KOURY AND SANDRA KOURY

PLEASE TAKE NOTICE that on or about November 25, 2020, Defendants Ernest Koury and Sandra Koury (jointly referred to as "Defendants" or "Debtors") filed a joint Voluntary Petition in the United States Bankruptcy Court for the Southern District of California for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"), Case No. 20-5732-LT11.  A copy of the Voluntary Petition is attached hereto as **Exhibit 1**.

PLEASE TAKE FUTHER NOTICE that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their joint Voluntary Petition operates as a stay of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against Debtors (i) that were, or could have, been commenced before the commencement of the Debtors' cases, or (ii) to recover any claims against the Debtors that arose before the commencement

03362630 v1

of the Debtors' cases; (b) the enforcement, against Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of, or from, the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.

                                                Respectfully Submitted,

                                                */s/ John A. MacKenzie*
                                                John A. MacKenzie (P80386)
                                                Maddin, Hauser, Roth & Heller, P.C.
                                                28400 Northwestern Hwy., Second Floor
                                                Southfield, MI 48034
                                                (248) 354-4030
                                                jmackenzie@maddinhauser.com
                                                *Attorneys for Defendants Ernest Koury*
                                                *and Sandra Koury*

Dated: January 6, 2021

## CERTIFICATE OF SERVICE

      I hereby certify that on **January 6, 2021,** I electronically filed the above documents and this Certificate of Service using the ECF Filing system, which will send notification of such filing to those who are currently registered to receive e-mail notices for this case.

                                                MADDIN HAUSER ROTH & HELLER, P.C.

                                                By: */s/ Sarah E. Morris*
                                                       Sarah E. Morris