UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LC TRADEMARKS, INC. and
BLUE LINE FOODSERVICE
DISTRIBUTION, INC.,                              Case No. 19-cv-13782

          Plaintiffs,                          Paul D. Borman
v.                                                United States District Judge

BITWEALTH HOLDINGS, LLC
*et al.*,

          Defendants.

_____/

## ORDER ADMINISTRATIVELY STAYING PROCEEDINGS ONLY AS TO DEFENDANTS ERNEST KOURY AND SANDRA KOURY DUE TO BANKRUPTCY FILING

On January 6, 2021, Defendants Ernest Koury and Sandra Koury filed a Notice of Automatic Stay due to bankruptcy on the docket in this matter. (ECF No. 49.) The notice indicates that, on November 25, 2020, Defendants Ernest Koury and Sandra Koury filed a joint bankruptcy petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of California (Case No. 20-5732-LT11). (*Id.*; ECF No. 49-1, Voluntary Petition.) Pursuant to the provisions of 11 U.S.C. §362, the filing of Defendants Ernest Koury and Sandra Koury's joint petition operates as an automatic stay as to the claims against them in this matter.

Accordingly,

**IT IS ORDERED** that this action is administratively stayed only as to Defendants Ernest Koury and Sandra Koury. The stay does not otherwise impact these proceedings.

**IT IS FURTHER ORDERED** that if the bankruptcy proceedings are terminated or the automatic stay is lifted with reference to the instant matter by the bankruptcy court, then the stay may be lifted upon the motion of any party.

IT IS SO ORDERED.

Dated: January 11, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge