# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| LC TRADEMARKS, INC., *et al.*, | Case No. 19-cv-13782 |
| | Hon. Paul D. Borman |
| Plaintiffs, | Mag. Judge Anthony P. Patti |
| v. | |
| VICTORIOUS FOODS, LLC, *et al.*, | |
| Defendants. | |

## ORDER ALLOWING WITHDRAWAL AS COUNSEL FOR DEFENDANTS ERNEST KOURY AND SANDRA KOURY

WHEREAS this matter having come before the Court on John A. MacKenzie and the law firm of Maddin Hauser Roth & Heller, P.C.'s ("Maddin Hauser's") Motion to Withdraw as Counsel for Defendants Ernest Koury and Sandra Koury (ECF No. 40).

WHEREAS, the Court being fully advised in the premise, entered an Order Conditionally Granting Maddin Hasuer's Motion to Withdraw as Counsel for Ernest and Sandra Koury (ECF No. 44), upon fulfillment of certain conditions stated therein.

WHEREAS counsel for Defendants Ernest Koury and Sandra Koury has made all possible efforts to comply with the conditions in the Order.

WHEREAS Defendants Ernest Koury and Sandra Koury jointly filed a Voluntary Petition for Chapter 11 Bankruptcy on November 25, 2020 in the

Southern District of California (Case No. 20-5732-LT11), causing an automatic stay as to them in this case.

WHEREAS counsel filed a Notice of Automatic Stay as to Defendants Ernest Koury and Sandra Koury on January 6, 2021 (ECF No. 49).

IT IS NOW HEREBY ADJUDGED AND ORDERED that John A. MacKenzie and the law firm of Maddin Hauser Roth & Heller, P.C. are permitted to immediately withdraw as counsel for Defendants Ernest Koury and Sandra Koury without any further duty or obligation in this case.

This Order does not resolve the last pending claim and does not close the case.

Dated: January 12, 2021        s/Paul D. Borman
                               Paul D. Borman
                               United States District Judge