## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division – Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., *et al.*, | |
| Plaintiffs, | Case No. 19-cv-13782 |
| v. | Hon. Paul D. Borman |
| | Mag. Judge Anthony P. Patti |
| VICTORIOUS FOODS, LLC, *et al.*, | |
| Defendants. | |

### STIPULATED ORDER DISMISSING CLAIMS AGAINST DEFENDANTS GEORGE OMAR KOURY, GINA RENEE KOURY, AFIFI KOURY, THOMAS B. ROSHEK, III AND TARA MICHELLE DUVAL

This matter is before the Court by stipulation of Plaintiffs LC Trademarks, Inc., and Blue Line Foodservice Distribution, Inc. ("Plaintiffs") and Defendants George Omar Koury and Gina Renee Koury (individually and as trustees of the VM3G Family Trust), Afifi Koury, Thomas B. Roshek, III, and Tara Michelle Duval, who represent to the Court that they have reached a negotiated resolution of the dispute between them. The Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiffs' claims in this action are **DISMISSED** as to Defendants George Omar Koury and Gina Renee Koury (individually and as trustees of the VM3G Family Trust), Afifi Koury, Thomas B. Roshek, III, and Tara Michelle Duval only, with prejudice, each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

*This is not a final order and does not close this case.*


Dated: January 21, 2021          s/Paul D. Borman
                                 HON. PAUL D. BORMAN
                                 UNITED STATES DISTRICT JUDGE



Approved as to form and content:


/s/ Michael L. Sturm                    /s/ John A. MacKenzie
Robert L. Zisk (admitted in E.D. Mich.) John A. MacKenzie (P80386)
Michael L. Sturm (admitted in E.D.      MADDIN, HAUSER, ROTH &
Mich.)                                  HELLER, P.C.
LATHROP GPM LLP                         28400 Northwestern Highway
The Watergate                           2nd Floor
600 New Hampshire Ave., N.W.            Southfield, MI 48034
Suite 700                               Telephone: (248) 354-4030
Washington, D.C. 20037                  Facsimile: (248) 354-1422
Telephone:  (202) 295-2200              jmackenzie@maddinhauser.com
Facsimile:   (202) 295-2250
robert.zisk@lathropgpm.com              *Counsel for Defendants George Omar*
michael.sturm@lathropgpm.com            *Koury and Gina Renee Koury, the VM3G*
                                        *Family Trust, Afifi Koury, Thomas B.*
Larry J. Saylor (P28165)                *Roshek, III, and Tara Michelle Duval*
Kimberly A. Berger (P56165)
MILLER, CANFIELD, PADDOCK &
STONE P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, Michigan 48226
Telephone:  (313) 496-7986
Saylor@millercanfield.com
Berger@millercanfield.com

*Counsel for Plaintiffs LC Trademarks,*
*Inc. and Blue Line Foodservice*
*Distribution, Inc.*