UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division – Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> VICTORIOUS FOODS, LLC, *et al.*, <br><br>   Defendants. | Case No. 19-cv-13782 <br><br> Hon. Paul D. Borman <br> Mag. Judge Anthony P. Patti |

**STIPULATED ORDER DISMISSING CLAIMS
AGAINST DEFENDANTS BITWEALTH HOLDINGS, LLC,
VICTORIOUS FOODS, LLC, MATTHEW GOETTSCHE, AND
<u>DANIELLE GOETTSCHE</u>**

This matter is before the Court by stipulation of Plaintiffs LC Trademarks, Inc., and Blue Line Foodservice Distribution, Inc. ("Plaintiffs") and Defendants BitWealth Holdings, LLC, Victorious Foods, LLC, Matthew Goettsche, and Danielle Goettsche (the "Settling Defendants"), who represent to the Court that they have reached a negotiated resolution of the dispute between them. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiffs' claims in this action are **DISMISSED** as to Settling Defendants BitWealth Holdings, LLC, Victorious Foods, LLC, Matthew Goettsche, and Danielle Goettsche only, with prejudice, each party to bear its own costs and attorney's fees; it is further

**ORDERED** that the Court will retain jurisdiction over the Settling Defendants solely for the limited purpose of enforcing the parties' Settlement Agreement.

**IT IS SO ORDERED.**

*This is not a final order and does not close this case.*


Dated: February 19, 2021            s/Paul D. Borman
                                    HON. PAUL D. BORMAN
                                    UNITED STATES DISTRICT JUDGE


Approved as to form and content:

/s/ Michael L. Sturm
Robert L. Zisk (admitted in E.D. Mich.)
Michael L. Sturm (admitted in E.D. Mich.)
LATHROP GPM LLP
The Watergate
600 New Hampshire Ave., N.W.
Suite 700
Washington, D.C. 20037
Telephone:  (202) 295-2200
Facsimile:   (202) 295-2250
robert.zisk@lathropgpm.com
michael.sturm@lathropgpm.com

Larry J. Saylor (P28165)
Kimberly A. Berger (P56165)
MILLER, CANFIELD, PADDOCK & STONE P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, Michigan 48226

/s/ Jay Y. Mandel
Jay Y. Mandel (P60576)
THE LAW OFFICES OF JAY Y. MANDEL, PLLC
535 Griswold Street, Suite 1000
Detroit, MI 48226
Telephone:  (313) 962-3500
Facsimile:   (313) 962-9190
jmandel@jymlaw.com

*Counsel for Defendants BitWealth Holdings, LLC, Victorious Foods, LLC, Matthew Goettsche, and Danielle Goettsche*

Telephone: (313) 496-7986
Saylor@millercanfield.com
Berger@millercanfield.com

*Counsel for Plaintiffs LC Trademarks, Inc. and Blue Line Foodservice Distribution, Inc.*