# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### Southern Division – Detroit

| | |
|---|---|
| LC TRADEMARKS, INC., *et al.*,<br>　　　　Plaintiffs,<br><br>　v.<br><br>VICTORIOUS FOODS, LLC, *et al.*,<br>　　　　Defendants. | Case No. 19-cv-13782<br><br>Hon. Paul D. Borman<br>Mag. Judge Anthony P. Patti |

## STIPULATED ORDER DISMISSING CLAIMS AGAINST DEFENDANT GAVIN DICKSON

This matter is before the Court by stipulation of Plaintiffs LC Trademarks, Inc., and Blue Line Foodservice Distribution, Inc. ("Plaintiffs") and Defendant Gavin Dickson, who represent to the Court that they have reached a negotiated resolution of the dispute between them. The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiffs' claims in this action are **DISMISSED** as to Defendant Dickson only, with prejudice, each party to bear its own costs and attorney's fees; it is further

**ORDERED** that the Court will retain jurisdiction over Dickson solely for the limited purpose of enforcing the parties' Settlement Agreement.

**IT IS SO ORDERED.**

*This is not a final order and does not close this case.*

Dated: March 16, 2021　　　　　　　　　s/Paul D. Borman
　　　　　　　　　　　　　　　　　　　HON. PAUL D. BORMAN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Approved as to form and content:

/s/ Michael L. Sturm
Robert L. Zisk (admitted in E.D. Mich.)
Michael L. Sturm (admitted in E.D. Mich.)
LATHROP GPM LLP
The Watergate
600 New Hampshire Ave., N.W.
Suite 700
Washington, D.C. 20037
Telephone:   (202) 295-2200
Facsimile:    (202) 295-2250
robert.zisk@lathropgpm.com
michael.sturm@lathropgpm.com

Larry J. Saylor (P28165)
Kimberly A. Berger (P56165)
MILLER, CANFIELD, PADDOCK & STONE P.L.C.
150 West Jefferson Avenue, Suite 2500
Detroit, Michigan 48226
Telephone:   (313) 496-7986
Saylor@millercanfield.com
Berger@millercanfield.com

*Counsel for Plaintiffs LC Trademarks, Inc. and Blue Line Foodservice Distribution, Inc.*

/s/ Michael W. Edmunds
Michael W. Edmunds (P55748)
GAULT DAVISON, PC
8305 S. Saginaw St., Suite 8
Grand Blanc, MI 48439
Telephone:   (810) 234-3633
Facsimile:    (810) 771-5341
Medmunds@edmundslawoffice.com

*Counsel for Defendant Gavin Dickson*

2