UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LC TRADEMARKS, INC. and
BLUE LINE FOODSERVICE
DISTRIBUTION, INC.,                              Case No. 19-cv-13782

                        Plaintiffs,             Paul D. Borman
v.                                               United States District Judge

BITWEALTH HOLDINGS, LLC
*et al.*,

                        Defendants.

_____/

## ORDER FOR ADMINISTRATIVE CLOSING
## DUE TO BANKRUPTCY STAY

On January 11, 2021, the Court entered an Order Administratively Staying Proceedings Only as to Defendants Ernest Koury and Sandra Koury due to those two defendants' joint filing of a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of California (Case No. 20-5732-LT11). (ECF No. 50.) Since that time, all other defendants in this action have been dismissed. (ECF Nos. 52, 53, 54.)

Accordingly, Ernest Koury and Sandra Koury are the only remaining defendants, and they have declared bankruptcy. Therefore,

**IT IS ORDERED** that this case is closed for administrative purposes without prejudice.

**IT IS FURTHER ORDERED** that when the bankruptcy stays are lifted with reference to the instant matter by the bankruptcy court, then the case may be reopened by any party or by stipulation of the parties.

IT IS SO ORDERED.


Dated: December 9, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge